No. 04-00-00876-CV



Juan Antonio SARLI,

Appellant



v.



Juan GARZA, In His Official Capacity and The County of Webb, A Body Politic,


Appellees



From the 341st Judicial District Court, Webb County, Texas


Trial Court No. 97-CVT-001336-D3


Honorable Solomon Casseb, Jr., Judge Presiding


 

PER CURIAM

 

Sitting: Tom Rickhoff, Justice

 Alma L. López, Justice

 Catherine Stone, Justice



Delivered and Filed: April 11, 2001


DISMISSED FOR WANT OF PROSECUTION


 Appellant's brief, which was due on February 12, 2001, has not been filed. On March 12, 2001,
this court ordered appellant to show cause in writing by March 27, 2001 why this appeal should not be
dismissed for want of prosecution. Appellant did not respond. Therefore, this appeal is dismissed for want
of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 PER CURIAM

DO NOT PUBLISH